UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESMOND THORNTON,

     Plaintiff,

vs.

     Case No.: 8:09-cv-00041-JDW-EAJ

CITY OF TAMPA, FLORIDA, and
KATHLEEN ATILES,

     Defendants.

_____/

## ORDER

The Court has been advised that the above-styled action has been settled (Dkt. 33).

Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., it is **ORDERED** that this cause is

**DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the

date of this order, to submit a stipulated form of final order or judgment should they so choose **or**

for any party to move to reopen the action, *upon good cause shown.* After that sixty (60) day period,

however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The

Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this _19ᵗʰ_ day of February, 2010.

                  JAMES D. WHITTEMORE
                  United States District Judge

Copies to:
Counsel of Record